| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Schenkier, Sidney I. | 2. Court or Organization Northern District of Illinois i | 3. Date of Report 07/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Full-time Magistrate Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |
| 7. Chambers or Office Address Dirksen Federal Building 219 South Dearborn Street Chicago, IL 60604 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 07/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Northwestern University School of Law - Payment for work as Adjunct Professor | $7,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 07/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 07/15/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Growth Fund | B | Dividend | M | T | Sold (part) | 10/29/13 | K | D | |
| 2. Fidelity Freedom 2020 Fund | C | Dividend | M | T | Sold (part) | 03/20/13 | N | E | |
| 3. | | | | | Sold (part) | 05/03/13 | N | E | |
| 4. Schwab 1000 Fund | A | Dividend | K | T | | | | | |
| 5. Perkins Small Cap Value Fund | A | Dividend | M | T | | | | | |
| 6. Schwab Money Market Fund | A | Interest | L | T | | | | | |
| 7. IBM Common Stock | A | Dividend | K | T | | | | | |
| 8. William Blair Int'l Fund | A | Dividend | J | T | Sold (part) | 05/03/13 | J | B | |
| 9. | | | | | Sold (part) | 12/10/13 | J | B | |
| 10. Energy Sector SPDR (XLE) | A | Dividend | | | Sold (part) | 05/28/13 | K | C | |
| 11. | | | | | Sold | 07/15/13 | K | C | |
| 12. I Shares Dividend Index Fund (DVY) | A | Dividend | L | T | | | | | |
| 13. Oppenheimer Dev. Market Fund | A | Dividend | K | T | Sold (part) | 07/18/13 | J | B | |
| 14. | | | | | Sold (part) | 10/28/13 | J | B | |
| 15. CSX Common Stock | A | Dividend | | | Sold | 01/17/13 | J | B | |
| 16. Nike Common Stock | A | Dividend | J | T | Sold (part) | 08/01/13 | J | B | |
| 17. Dodge & Cox Int'l Stock Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 07/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab Large Cap Growth Fund | A | Dividend | J | T | | | | | |
| 19. I Shares S&P Index Fund (IVV) | A | Dividend | K | T | Sold (part) | 05/28/13 | J | B | |
| 20. Vanguard Invest. Grade Bond Fund | A | Interest | J | T | | | | | |
| 21. Harbor Int'l Fund | A | Dividend | J | T | Sold (part) | 05/28/13 | J | B | |
| 22. | | | | | Sold (part) | 12/09/13 | J | B | |
| 23. Oakmark Global Fund | A | Dividend | K | T | | | | | |
| 24. Wisdom Tree Large Cap fund | A | Dividend | K | T | | | | | |
| 25. Am. Ctry. Govn't Bond Fund | A | Interest | K | T | | | | | |
| 26. Parnassus Mid-Cap Fund | A | Dividend | L | T | Buy (add'l) | 02/04/13 | L | | |
| 27. Computer Sciences Common Stock | A | Dividend | | | Sold | 07/11/13 | J | A | |
| 28. Portland General Electric Common Stock | A | Dividend | | | Sold | 12/09/13 | K | B | |
| 29. Vanguard Total Stock Index Fund (VTI) | A | Dividend | L | T | | | | | |
| 30. American Century Bond Fund | A | Dividend | J | T | | | | | |
| 31. TIAA CREF Equity Fund | A | Dividend | J | T | | | | | |
| 32. Costco Common Stock | A | Dividend | | | Sold | 09/09/13 | K | D | |
| 33. Apple Common Stock | A | Dividend | J | T | | | | | |
| 34. Diebold Common Stock | A | Dividend | | | Sold | 07/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 07/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Aetna Common Stock | A | Dividend | J | T | | | | | |
| 36. Schwab U.S. REIT ETF | A | Dividend | J | T | | | | | |
| 37. Federated Short Term Bond Fund | A | Dividend | K | T | | | | | |
| 38. Hodges Small Cap Fund | A | Dividend | J | T | Buy (add'l) | 05/04/13 | J | | |
| 39. Schwab Large Cap ETF | A | Dividend | K | T | | | | | |
| 40. PIMCO Commodity Real Return Fund | A | Dividend | J | T | | | | | |
| 41. PIMCO Income Class D Fund | A | Dividend | K | T | Buy (add'l) | 05/14/13 | J | | |
| 42. Westcore Int'l Fund | A | Dividend | K | T | | | | | |
| 43. FMI Large Cap Fund | A | Dividend | K | T | | | | | |
| 44. Schwab U.S. Agg. Bond Fund | A | Dividend | J | T | | | | | |
| 45. Matthews Asian Growth Fund | A | Dividend | K | T | | | | | |
| 46. Perkins Global Value Fund | A | Dividend | J | T | Buy (add'l) | 05/03/13 | J | | |
| 47. Baird Core Plus Bond Fund | A | Dividend | J | T | | | | | |
| 48. Artisan Int'l Fund | A | Dividend | K | T | Buy | 02/04/13 | K | | |
| 49. Fidelity Small Cap Discovery Fund | A | Dividend | K | T | Buy | 03/19/13 | K | | |
| 50. Harding Loever Emerging Markets Fund | A | Dividend | K | T | Buy | 03/19/13 | K | | |
| 51. Janus Global Health Fund | A | Dividend | K | T | Buy | 02/04/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 07/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Principal Equity Income Fund | B | Dividend | M | T | Buy | 02/05/13 | L | | |
| 53. Touchstone Sands Capital Select Fund | B | Dividend | M | T | Buy | 02/05/13 | L | | |
| 54. Invesco Int'l ADR Growth Fund | A | Dividend | L | T | Buy | 03/22/13 | L | | |
| 55. Pimco Total Return Fund | B | Int./Div. | M | T | Buy | 03/22/13 | M | | |
| 56. Ridgeworth U.S. Govn't Income Fund | A | Int./Div. | K | T | Buy | 03/22/13 | K | | |
| 57. AFG Common Stock | A | Dividend | K | T | Buy | 12/18/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 07/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sidney I. Schenkier**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544